M. Elizabeth O'Neill (SBN 257448)
eoneill@hptylaw.com
Edward R. Ulloa (SBN 177909)
eulloa@hptylaw.com
Michael B. Giaquinto (SBN 276229)
mgiaquinto@hptylaw.com
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone: 213.486.8000; Facsimile: 213.486.8080

Attorneys for Defendant,
THE GOODYEAR TIRE & RUBBER COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRANE CO., <br><br> Plaintiff, <br><br> vs. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 2:14-CV-06509-DMG-AGR <br><br> *Honorable Dolly M. Gee* <br><br> **ORDER GRANTING JOINT STIPULATION RE CERTAIN DISCOVERY ISSUES** <br><br> Complaint Filed: August 19, 2014 <br> Trial Date: Not set |

Pursuant to stipulation of the parties, IT IS SO ORDERED that the Stipulation re Certain Discovery Issues is granted in the above entitled action.

IT IS SO GRANTED.

Dated: December 18, 2014       By: *Alicia G. Rosenberg*
                                   _____
                                   Honorable Alicia G. Rosenberg
                                   United States Magistrate Judge

1  M. Elizabeth O'Neill (SBN 257448)
   *eoneill@hptylaw.com*
2  Edward R. Ulloa (SBN 177909)
   *eulloa@hptylaw.com*
3  H. Lane Young
   *Admitted Pro Hac Vice*
4  HAWKINS PARNELL THACKSTON & YOUNG LLP
   445 South Figueroa Street, Suite 3200
5  Los Angeles, CA 90071
   Telephone: 213.486.8000; Facsimile: 213.486.8080
6
   Attorneys for Defendant,
7  THE GOODYEAR TIRE & RUBBER COMPANY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| CRANE CO., | Case No. 2:14-CV-06509-DMG-AGR |
|---|---|
| Plaintiff, | *Honorable Dolly M. Gee* |
| vs. | **JOINT STIPULATION RE CERTAIN DISCOVERY ISSUES** |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| Defendant. | Complaint Filed: August 19, 2014 |
| | Non-Expert Discovery Cutoff: March 31, 2015 |
| | Trial Date: August 4, 2015 |

## STIPULATION

**COME NOW**, CRANE CO., Plaintiff in above captioned matter, and THE GOODYEAR TIRE & RUBBER COMPANY, and submit this STIPULATION regarding discovery in the above referenced matter, and show the Court as follows:

1.) Plaintiff in this case seeks damages under theories of contractual and comparative equitable indemnity. It is one of four cases currently pending in which Plaintiff makes such claims against Defendant. This Stipulation is entered into in an effort to streamline the discovery process, to avoid unnecessary duplication of effort by the Parties and the Courts before whom the indemnity claims are pending, and to avoid inconsistent rulings on discovery

issues.

2.) The Parties stipulate and agree that discovery conducted in any case in which CRANE CO. has or does assert contractual or comparative equitable indemnity claims against THE GOODYEAR TIRE & RUBBER COMPANY, whether by direct, cross-claim or third-party complaint, shall be treated as if taken in any other case in which CRANE CO. has asserted a claim for contractual or comparative equitable indemnity against THE GOODYEAR TIRE & RUBBER COMPANY, as of the date of this Stipulation or that may be filed thereafter. . Each party specifically reserves their rights with respect to admissibility, relevance and all other evidentiary objections that are asserted in the responses to discovery or as otherwise permitted.

3.) The Parties further stipulate and agree that they shall:

    a) On or before **November 14, 2014** exchange in electronic format all documents which had previously been produced by THE GOODYEAR TIRE & RUBBER COMPANY to CRANE CO., and by CRANE CO. to THE GOODYEAR TIRE & RUBBER COMPANY, from July 24, 2013 to May 3, 2014;

    b) The documents produced on or before **November 14, 2014** shall be accepted by the Parties as responsive, in part, to Requests for Production of Documents which were served by CRANE CO. on THE GOODYEAR TIRE & RUBBER COMPANY in the matter of *Hill v. Certainteed Corp., et. al.*, LOASD Case No. BC544287 and the Demand for Production of Documents served by CRANE CO. on THE GOODYEAR TIRE & RUBBER COMPANY on October 22, 2014 in the instant action. The Parties specifically reserve their rights to seek additional documents which a Party believes should be produced in response to Requests to Produce.

    c) The Parties further stipulate and agree that production of the documents

referenced in Paragraph 3(a) is in no way to be construed as a waiver of the right to object to any Request for Production of Documents and each Party specifically retains the right to submit written objections to the Requests for Production of Documents within the time permitted under the Federal Rules of Civil of Civil Procedure, as applicable.

    d) The Parties specifically agree that the production of documents discussed in Paragraph 3 shall not eliminate the requirement to serve a written response to any discovery, nor shall it waive any Party's right to seek to compel further response.

4.) The Parties specifically stipulate and agree that, to expedite production, documents submitted by THE GOODYEAR TIRE & RUBBER COMPANY on November 14 may contain designations noting the documents as "CONFIDENTIAL" or similar language. The Parties stipulate and agree that on or before December 5, 2014 THE GOODYEAR TIRE & RUBBER COMPANY shall provide CRANE CO. with a clean copy of these documents, noting as confidential only those which THE GOODYEAR TIRE & RUBBER COMPANY seeks to maintain as confidential. Any documents for which THE GOODYEAR TIRE & RUBBER COMPANY seeks to maintain the confidential designation shall be used only for the purposes of CRANE CO.'s prosecution of its claims against GOODYEAR and GOODYEAR's defense of those claims, as further specified in a stipulated protective order to be presented to the court, or if no stipulation is reached, pursuant to a protective order entered by the Court.

5.) The Parties agree that in the course of this litigation certain documents may be requested and produced in discovery which the propounding Party seeks to designate as confidential. The Parties expect to submit to the Court on or before December 5, 2014, a Stipulated Protective Order that shall set forth the manner in which confidential documents shall be treated. If the Parties have

not been able to agree on a Stipulated Protective Order prior to December 5, 2014, then any Party desiring a protective order shall file a motion with the Court.

SO STIPULATED.

Dated: November 14, 2014   HAWKINS PARNELL THACKSTON & YOUNG LLP

By: /s/ Edward R. Ulloa
M. Elizabeth O'Neill
Edward R. Ulloa
H. Lane Young
Attorneys for Defendant,
THE GOODYEAR TIRE & RUBBER COMPANY

Dated: November 14, 2014   K&L Gates

By: [signature]
Geoffrey M Davis
Attorneys for Plaintiff
CRANE CO.

IT IS SO ORDERED.

Dated: _____    _____

4

**JOINT STIPULATION RE CERTAIN DISCOVERY ISSUES**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant The Goodyear Tire & Rubber Company hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on November 14, 2014.

                                       /s/ Edward R. Ulloa
                                         Edward R. Ulloa